1034

■ BEATRICE LANDESMAN, Respondent, v. GEORGE LANDESMAN, Appellant.— In an action for separation, the appeal is from an order awarding temporary custody of the child of the parties to respondent with visitation rights to appellant and directing appellant to pay temporary alimony of $225 a week, commencing February 27, 1956. Order modified by striking from the second ordering paragraph the figure "$225" and by substituting therefor the figure "$150". As so modified, order affirmed, without costs. In the light of the circumstances set forth in the papers on appeal, $150 a week alimony is ample. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ ANN MAGERS, Appellant, v. SOCONY-VACUUM OIL COMPANY, INC., Respondent.— In an action to recover damages for personal injuries, the appeal is from the judgment entered on the verdict of the jury in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ EDWARD F. MULLALLY, Respondent, v. JOHN CORNISH, Appellant.— In an action to recover damages for personal injuries, the appeal is from an order granting a motion for a preference in the trial of the action. Order reversed, without costs, and motion denied, without prejudice to renewal if there be a change in circumstances. There was insufficient showing of destitution, or probability of death before trial in the regular order, to warrant the exercise of discretion in favor of granting the preference. (Hamilton v. Bohack Co., 284 App. Div. 808; Walsh v. Federated Dept. Stores, 283 App. Div. 896; Quinlan v. Schaefer Brewing Co., 279 App. Div. 805.) Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.